**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jacqueline Michelle WHITE,**
**Defendant–Appellant.**

**No. 13–10324.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2014.*

Filed May 27, 2014.

Lawrence Lee, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Stephanie Kathryn Bond, Esquire, Law Offices of Stephanie K. Bond, PC, Tucson, AZ, for Defendant–Appellant.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

MEMORANDUM **

Jacqueline Michelle White appeals from the district court's judgment and challenges her guilty-plea conviction and 37–month sentence for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), White's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided White the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.